# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JUNIORETTE GRIFFIN SMITH, as administratrix of the estate of ROGER DALE SMITH, DECEASED, | ) ) ) ) |
| Defendant. | ) ) ) |

2007 MAR 12  A 9: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION No. ~~CV-07~~-_____

2:07CV216-MEF

## CORPORATE DISCLOSURE STATEMENT

Comes now Zurich American Insurance Company, plaintiff in the above-styled action, and submits the following Corporate Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation.

Respectfully submitted,

**ZURICH AMERICAN INSURANCE COMPANY, a corporation, Plaintiff**

Vernon L. Wells, II (asb-2950-l35v)

OF COUNSEL:

WALSTON, WELLS & BIRCHALL, LLP
One Federal Place
1819 5th Ave. North, Suite 1100
Birmingham, Alabama 35203
Tel.:  (205) 244-5200
Fax:  (205) 244-5400