**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JUNIORETTE G. SMITH
   29155 STRAUGHN SCHOOL RD
   ANDALUSIA, AL 36421-5511

   Cmp, Sms E, CD

2. Article Number
   (Transfer from service label)   7002 2410 0002 0999 1479

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Juniorette S. Smith_   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 3-16-07

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

   25515 US Hwy 29
   36421
   2:07CV216-MEF

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes