IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CASE NO. 2:07-cv-216-MEF-TFM ) |
| JUNIORETTE GRIFFIN SMITH, | ) ) |
| Defendant. | ) |

## **ORDER**

This cause is presently before the Court on Plaintiff's Motion for Default Judgment (Doc. # 5) filed by Plaintiff on April 16, 2007. Rule 55 of the Federal Rules of Civil Procedure governs the procedure for obtaining a default and a default judgment. Plaintiff has failed to comply with the requirements of Federal Rule of Civil Procedure 55(a), which are prerequisites for the relief requested in its motion, namely entry of a default judgment against Defendant Juniorette Griffin Smith. Accordingly, the motion is DENIED.

DONE this the 17th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE