IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>JUNIORETTE GRIFFIN SMITH,  )<br>as administratrix of the estate of  )<br>Roger Dale Smith  )<br>Defendant.  ) | CASE NO.: 2:07CV216-MEF |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Christopher M. Sledge, attorney in good standing with the United States District Court Middle District of Alabama and the Alabama State Bar and hereby enters his appearance on behalf of Defendant, Juniorette Griffin Smith, as Administratrix of the Estate of Roger Dale Smith.

Respectfully Submitted,

/S/ Christopher M. Sledge
Christopher M. Sledge (SLE005)
**WOODARD, PATEL & SLEDGE**
1213 East Three Notch Street
Andalusia, Alabama 36420
(334) 222-9115

**CERTIFICATE OF SERVICE**

      I, Christopher M. Sledge, do hereby certify that I have this day served a true and correct copy of the above foregoing by mailing the same by U.S. Mail, postage prepaid to the following:

Vernon L. Wells, II
One Federal Place
1819 5th Ave. North, Suite 1100
Birmingham, AL 35203

      DONE this 20th day of April, 2007.

                                                                    /S/ Christopher M. Sledge
                                                                    Christopher M. Sledge