IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| JUNIORETTE GRIFFIN SMITH, as administratrix of the estate of ROGER DALE SMITH, Deceased ) ) ) ) | Civil Action No. 2:07-cv-216-MEF-TFM |
| Defendant. ) | |

ENTRY OF DEFAULT

It appearing that defendant Juniorette Griffin Smith was duly served with a copy of the summons and complaint on March 16, 2007, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on April, 18, 2007, as required by law.

DEFAULT is hereby entered against said defendant Juniorette Griffin Smith.

DONE THIS __20th__ day of __April__, 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA