IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) JUNIORETTE GRIFFIN SMITH, as ) Administratrix of the Estate of Dale ) Smith, deceased, ) ) Defendant. ) | CASE NO. 2:07-cv-216-MEF |

## **O R D E R**

Upon consideration of the defendant's First Motion to Dismiss (Doc. #9) filed on April 20, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before May 2, 2007 as to why the motion should not be granted.

DONE this the 23rd day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE