IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JUNIORETTE GRIFFIN SMITH, as )<br>Administratrix of the Estate of Dale )<br>Smith, deceased, )<br>)<br>Defendant. ) | CASE NO. 2:07-cv-216-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion to Set Aside Default (Doc. #12) filed on April 23, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 25th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE