## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY,** ) ) ) **Plaintiff,** ) ) vs. ) ) **JUNIORETTE GRIFFIN SMITH,** ) as administratrix of the estate of ) **Roger Dale Smith** ) ) **Defendant.** ) | **CASE NO.: 2:07CV216-MEF** |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW, Juniorette Griffin Smith, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

          Respectfully Submitted,

          /s/ Christopher M. Sledge
          Christopher M. Sledge (SLE005)
          **WOODARD, PATEL & SLEDGE**
          1213 East Three Notch Street
          Andalusia, Alabama 36420
          (334) 222-9115

## **CERTIFICATE OF SERVICE**

  I, Christopher M. Sledge, do hereby certify that I have this day served a true and correct copy of the above foregoing by mailing the same by U.S. Mail, postage prepaid to the following:

Vernon L. Wells, II
One Federal Place
1819 5th Ave. North, Suite 1100
Birmingham, AL 35203

  DONE this 22nd day of June, 2007.

          /s/ Christopher M. Sledge
          Christopher M. Sledge