IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-216-MEF |
| | ) | |
| JUNIORETTE GRIFFIN SMITH, as | ) | |
| Administratrix of the Estate of Dale | ) | |
| Smith, deceased, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties have filed their Report of Parties Planning Meeting (Doc. # 21). In that document they propose an approach to this litigation that is not consistent with this Court's standard Uniform Scheduling Order. To the extent that this document embodies a request that this Court deviate from its normal approach to case scheduling, that request is DENIED. A standard Uniform Scheduling Order will be entered. The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The parties are expected to review it carefully and comply with it.

DONE this 23rd day of July, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE