IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUNIORETTE GRIFFIN SMITH, as administratrix of the estate of ROGER DALE SMITH, DECEASED, )<br>)<br>Defendant. )<br>) | CASE NO.: 2:07CV216-MEF |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that the undersigned has, this date, served on counsel for all parties, the following discovery documents:

1. Zurich American Insurance Company's Rule 26 (A)(1) Initial Disclosures.

Dated this the 3rd day of August, 2007.

/s/ J. David Moore
Vernon L. Wells, II (asb-2950-l35v)
J. David Moore (asb-8552-r70j)

Attorneys for Plaintiff Zurich American Insurance Company

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Christopher M. Sledge
Woodard, Patel & Sledge
1213 East Three Notch Street
Andalusia, Alabama 36420

This the 3rd day of August, 2007.

                                        /s/ J. David Moore
                                        OF COUNSEL