## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 6, 2007

## NOTICE OF NON-COMPLIANCE

**To:**              **ALL COUNSEL OF RECORD**

**Case Style:**       **Zurich American Insurance Company v. Juniorette Griffin Smith**

**Case Number:**      **#2:07-cv-00616-MEF**

**Referenced Pleading:**   **Notice of Service of Discovery Documents**

**Docket Entry Number:**   **#25**

**The referenced pleading was electronically filed on 8/3/2007 in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**\*\*\*\*\*\*This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.  Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**