IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   CASE NO.: 2:07-cv-216-MEF ) |
| JUNIORETTE GRIFFIN SMITH, as Administratrix of the Estate of Dale Smith, deceased, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF DEPOSITION

Please take notice that on the 5th day of March, 2008, the Plaintiff will take the deposition of DOUG BOUTWELL at the law offices of Woodard, Patel & Sledge, 1213 East Three Notch Street, Andalusia, Alabama, at 10:00 a.m. pursuant to the Alabama Rules of Civil Procedure, before an officer duly authorized to take depositions and to swear witnesses in said County and said State. The oral examination will continue from day-to-day until completed, and you are invited to attend and cross-examine.

Respectfully Submitted,

/s/ Christopher M. Sledge
Christopher M. Sledge (SLE005)
**WOODARD, PATEL & SLEDGE**
1213 East Three Notch Street
Andalusia, AL 36420
334-222-9115

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have this day served a true and correct copy of the above foregoing by mailing the same by U.S. Mail, postage prepaid to the following:

Vernon L. Wells, II, Esq.
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203

      DONE this 4th day of February, 2008.

                                              /s/ Christopher M. Sledge
                                              Christopher M. Sledge