IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) ) | CASE NO.: 2:07-cv-216-MEF |
| JUNIORETTE GRIFFIN SMITH, as Administratrix of the Estate of Dale Smith, deceased, ) ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that the undersigned has, this date, served on counsel for all parties, the following discovery documents:

1. **Defendant's First Set of Request for Production Propounded to Plaintiff Zurich American Insurance Company; and**

2. **Defendant's First Set of Interrogatories Propounded to Plaintiff Zurich American Insurance Company**.

                                          Respectfully Submitted,

                                          /s/ Christopher M. Sledge
                                          Christopher M. Sledge (SLE005)
                                          **WOODARD, PATEL & SLEDGE**
                                          1213 East Three Notch Street
                                          Andalusia, AL 36420
                                          334-222-9115

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Vernon L. Wells, II, Esq.
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203

      DONE this 4th day of February, 2008.

      /s/ Christopher M. Sledge
      Christopher M. Sledge