IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUNIORETTE GRIFFIN SMITH, as administratrix of the estate of ROGER DALE SMITH, DECEASED, )<br>)<br>Defendant. ) | CASE NO.: 2:07CV216-MEF |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW, the plaintiff, Zurich American Insurance Company ("Zurich"), and, pursuant to the Court's Scheduling Order, hereby notifies the Court that counsel for the parties have conducted a face-to-face settlement conference in accordance with Section Three of the Scheduling Order. Settlement has not been reached as a result of that conference, and the parties do not believe that mediation will assist them in resolving this matter at this time.

/s/ J. David Moore
Vernon L. Wells, II (asb-2950-l35v)
J. David Moore (asb-8552-r70j)

Attorneys for Plaintiff
Zurich American Insurance Company

OF COUNSEL:
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400
E-mail: vlw@walstonwells.com
         jdm@wasltonwells.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

**Christopher M. Sledge**
**Woodard, Patel & Sledge**
**1213 East Three Notch Street**
**Andalusia, Alabama 36420**

This the 1st day of April, 2008.

/s/ J. David Moore
OF COUNSEL