IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CIVIL ACTION No. CV-07-216 |
| JUNIORETTE GRIFFIN SMITH, as administratrix of the estate of ROGER DALE SMITH, DECEASED, | ) ) ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Juniorette Griffin Smith, as adminsitratrix of the estate of Roger Dale Smith, deceased ("Defendant"), and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to the dismissal of all claims in the above-captioned action as follows:

1. The parties jointly stipulate that the claim for declaratory judgment asserted by Zurich against Defendant is dismissed without prejudice, costs taxed as paid

2. The parties jointly stipulate that the counterclaims, and each of them, asserted by Defendant against Zurich are dismissed with prejudice, costs taxed as paid.

*/s/ Vernon L. Wells*

Vernon L. Wells, II
J. David Moore

Attorneys for Plaintiff Zurich American Insurance Company

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400




                                         /s/ Christopher M. Sledge
                                         Christopher M. Sledge

                                         Attorney for Defendant Juniorette Griffin
                                         Smith, as Administratrix of the Estate of
                                         Roger Dale Smith, deceased

OF COUNSEL
Woodard, Patel & Sledge
1213 East Three Notch Street
Andalusia, Alabama 36420

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Stipulation of Dismissal Motion has been electronically filed with the Clerk of Court using the ECF system which will send notification of such filing to the following:

    Christopher M. Sledge
    WOODARD, PATEL & SLEDGE
    1213 East Three Notch Street
    Andalusia, Alabama 36420

This the /9 th day of May, 2008.

                                              _____
                                              Of Counsel