IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUNIORETTE GRIFFIN SMITH, as )<br>Administratrix of the Estate of Dale )<br>Smith, deceased, )<br>)<br>Defendant. ) | CASE NO. 2:07-cv-216-MEF |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #40) filed by the parties on May 19, 2008, it is

ORDERED and ADJUDGED that the claim for declaratory judgment asserted by Zurich against defendant is DISMISSED without prejudice, costs taxed as paid, and that the counterclaims asserted by defendant against Zurich are DISMISSED with prejudice, costs taxed as paid.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 20th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE